Jeffrey A. Udell (JU0411)
OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower,
65 East 55th Street
New York, New York 10022
(212) 451-2300
*Attorney for Plaintiff P & E Properties, Inc.*

RECEIVED
JAN 22 2008
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

P & E PROPERTIES, INC.,

                       Plaintiff,

-against-

UNITED NATURAL FOODS, INC. and
MILLBROOK DISTRIBUTION
SERVICES INC.,

                       Defendants.

No. 08 Civ. _____

**Rule 7.1 Statement of Plaintiff P & E Properties, Inc.**

---

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable judges and magistrate judges of the court to evaluate the possible disqualification or recusal, the undersigned counsel for Plaintiff P & E Properties, Inc. (a private non-governmental party), certify that the following are corporate parents, affiliates, and/or subsidiaries of said parties that are publicly held:

NONE

565314-1

Dated: New York, New York
      January 22, 2008

                                        OLSHAN GRUNDMAN FROME
                                        ROSENZWEIG & WOLOSKY LLP

                                        By: _____
                                        Jeffrey A. Udell (JU0411)
                                        *Attorney for Plaintiff P & E Properties, Inc.*
                                        Park Avenue Tower
                                        65 East 55th Street
                                        New York, New York 10022
                                        (212) 451-2300

565314-1