**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
P & E PROPERTIES, INC.,

    Plaintiff,

-against-

UNITED NATURAL FOODS, INC. and
MILLBROOK DISTRIBUTION
SERVICES INC.,

    Defendants.
------------------------------------------------------------X

Case No. 08 CV 00553
(Judge Cedarbaum)

AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                      S.S.:
COUNTY OF NEW CASTLE  )

    DANIEL NEWCOMB, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 30th day of January, 2008, at approximately the time of 3:33 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; RULE 7.1 STATEMENT OF PLAINTIFF P & E PROPERTIES, INC.; ECF GUIDELINES; INDIVIDUAL PRACTICES OF JUDGE MIRIAM GOLDMAN CEDARBAUM; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN upon MILLBROOK DISTRIBUTION SERVICE, INC. c/o Corporation Service Company at 2711 Centerville Road, #400, Wilmington, DE, by personally delivering and leaving the same with MARY DRUMMOND who informed deponent that she holds the position of Managing Agent with that company and is authorized by appointment to receive service at that address.

    MARY DRUMMOND is a black male, in her 40's, stands approximately 5 feet 6 inches tall, weighs approximately 130 pounds with brown hair.

_[signature]_
DANIEL NEWCOMB

Sworn to before me this
4th day of February, 2008

_[signature]_
NOTARY PUBLIC

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com