CEDARBAUM, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

P & E PROPERTIES, INC.,

                Plaintiff,

     -against-

UNITED NATURAL FOODS, INC. and
MILLBROOK DISTRIBUTION SERVICES INC.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

08 Civ. 00553 (MGC)(DCF)

**STIPULATION & ORDER**

ECF CASE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for defendants United Natural Foods, Inc. and Millbrook Distribution Services Inc. to answer, move or otherwise respond to the Complaint is extended from February 19, 2008 to and including March 4, 2008.

Dated: New York, New York
       February 13, 2008

| | |
|---|---|
| OLSHAN GRUNDMAN FROME<br>ROSENZWEIG & WOLOSKY LLP<br><br>By: _____<br>    Jeffrey A. Udell<br><br>Park Avenue Tower<br>65 East 55th Street<br>New York, New York 10022<br>(212) 451-2300<br><br>*Attorneys for Plaintiff P & E Properties, Inc.* | COVINGTON & BURLING LLP<br><br><br>By: _____<br>    Mark P. Gimbel<br><br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>(212) 841-1000<br><br>*Attorneys for Defendants United Natural Foods, Inc. and Millbrook Distribution Services Inc.* |

SO ORDERED:

_____
     U.S.D.J.
February 15, 2008