UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x

P & E PROPERTIES, INC.,

                Plaintiff,        :        08 Civ. 00553 (MGC)(DCF)

      -against-        :        **DEFENDANTS' STATEMENT PURSUANT TO RULE 7.1**

UNITED NATURAL FOODS, INC. and
MILLBROOK DISTRIBUTION SERVICES INC.,        :        ECF CASE

                Defendants.

------------------------------------------------ x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants United Natural Foods, Inc. ("UNFI") and Millbrook Distribution Services Inc. ("Millbrook") (which are nongovernmental corporate parties) state the following:

      1.     UNFI is a publicly held corporation. UNFI has no parent corporation, and there is no publicly held corporation that owns 10 percent or more of UNFI's stock.

      2.     Millbrook, a privately held corporation, is a wholly-owned subsidiary of Distribution Holdings, Inc. ("DHI"). There is no publicly held corporation that owns 10 percent or more of Millbrook's stock. However, Millbrook's parent, DHI, is wholly-owned by UNFI, a publicly-traded entity.

-2-

| | | |
|---|---|---|
| DATED: | New York, New York<br>March 4, 2008 | COVINGTON & BURLING LLP<br><br>By: _____<br>C. William Phillips<br>Mark P. Gimbel<br>Daniel L. Cendan<br><br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>(212) 841-1000 (phone)<br>(212) 841.1010 (fax)<br><br>*Attorneys for Defendants United Natural Foods, Inc. and Millbrook Distribution Services Inc.* |