UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| P & E PROPERTIES, INC., | No. 08 Civ. 00553 (MGC) (DCF) |
| Plaintiff, | |
| | ECF CASE |
| -against- | |
| UNITED NATURAL FOODS, INC. and MILLBROOK DISTRIBUTION SERVICES INC., | CERTIFICATE OF SERVICE |
| Defendants. | |

I, JULIANNE M. FOLEY, am not a party to this action and am over the age of 18, and certify under penalty of perjury that on March 21, 2008, I served a true copy of the **Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)** upon

Mark P. Gimbel
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018

via the United States District Court for the Southern District of New York Electronic Case Filing System.

JULIANNE M. FOLEY

571991-1